IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NAZEEH MUWWAKKIL                                                     PLAINTIFF

v.                                                         CIVIL NO. 1:17-cv107-HSO-JCG

SMITH INDUSTRIAL SERVICE, INC.,
ALMIR CANGALOVIC, AND
JOHN DOES 1 THROUGH 10                                DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned cause is dismissed with prejudice as to all parties.

**SO ORDERED** this the 2nd day of November, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE